IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARIE ST. LOUIS**, *Plaintiff* <br><br> **v.** <br><br> **NEW HUDSON FACADES, LLC**, *Defendant* | **CIVIL ACTION** <br><br> **NO. 23-cv-4516** |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

**AND NOW**, this 28th day of March 2024, after reviewing briefing from both parties, this Court **DENIES** Defendant's Motion to Dismiss.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Judge**

O:\CIVIL 23\23-4516 St. Louis v. New Facades LLC\23-cv-4516 Order Denying MTD.docx