IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARIE ST. LOUIS, *Plaintiff* <br><br> v. <br><br> NEW HUDSON FACADES, LLC, *Defendant* | CIVIL ACTION <br><br> NO. 23-cv-4516 |
|---|---|

### ORDER

**AND NOW**, this **1st day** of **August 2024**, after reviewing briefing from both parties, this Court **DENIES** Defendant's Motion for Summary Judgment, ECF 22.

Further, having bifurcated discovery in this matter previously, ECF 19, this Court **ORDERS** the parties to file either a stipulated, or if the parties cannot agree, separate, proposed schedules for the completion of the remaining discovery, which shall include dates for:

1. the completion of discovery;
2. the exchange of expert reports; and
3. A proposed trial date.

The parties shall file such schedule(s) within **fourteen (14) days**.

BY THE COURT:


 S/Michael M. Baylson
**MICHAEL M. BAYLSON**
**United States District Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-4516 St. Louis v. New Facades LLC\23cv4516 Order Denying SJ.docx